24TH OF AUGUST 2015

JEFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711
PH: (512)463-1733

RE: COURT OF APPEALS NUMBER [03-14-00655-CR], TRIAL COURT CAUSE
NUMBER [D-13-0958-SA], NOTICE OF INCOMPLETE RECORDS

DEAR CLERK,

ON THE 7TH OF MAY 2015 AN ANDER.S BRIEF WAS FILED ON TRIAL COURT NUMBER D-13-0958-SA IN THE COURT OF APPEALS 03-14-00655-CR. ON THE 15TH OF MAY 2015 A MOTION WAS FILED TO PROCEED PRO SE AND REQUEST A COPY OF THE COMPLETE TRIAL COURT RECORDS. IT WAS ON THE 2ND OF JUNE 2015 THAT THE THIRD COURT OF APPEALS, AUSTIN GRANTED THE REQUEST AND ORDERED TOM GREEN COUNTY, 391ST DISTRICT OF TEXAS, TO PROVIDE A COPY OF THOSE COMPLETE RECORDS IN ACCORDANCE TO TEXAS RULES OF THE COURT BY THE 12TH OF JUNE 2015. THE TRIAL COURT CLERK'S WRITTEN VERIFICATION THAT THE REPORTER'S RECORD AND CLERK'S RECORD WAS PROVIDED TO THE THIRD COURT OF APPEALS ON THE 9TH OF JUNE 2015, THEREFORE MAKING APPELLANT'S PRO SE RESPONSE DUE ON OR BEFORE JULY 09, 2015. ALTHOUGH APPELLANT RECORDS WERE FINALLY IN POSSESSION OF JOHN B. CONNALLY UNIT, 899 FM 632, KENEDY, TEXAS 78119 ON THE 15TH OF JUNE 2015 AND SIGNED FOR BY APPELLANT UPON RECEIVING RECORDS FROM THE MAILROOM STAFF, AN EXTENSION OF TIME WAS REQUESTED TO REVIEW THE RECORDS ON THE 15TH OF JUNE 2015 ALSO. ON THE 24TH OF JUNE 2015 THE REQUEST FOR EXTENSION OF TIME WAS GRANTED BY THE THIRD COURT OF APPEALS, AUSTIN SETTING A DATE OF OCTOBER 07,2015 AS THE DEADLINE FOR FILING APPELLANT'S PRO SE BRIEF. AFTER A THOROUGH REVIEW OF THE RECORDS IT WAS NOTICED THAT THE RECORDS WERE INCOMPLETE AND WOULD DEFINITELY CAUSE A DELAY ALONG WITH IMPEDE THE ABILITY TO FILE A PERFECT APPEAL. ON THE DOCKET SHEET IT SHOWS HEARINGS HELD ON SEPTEMBER 27, 2013, APRIL 01, 2014, AND MAY 06, 2014 IN WHICH APPELLATE ENTERED INTO CONSTITUTIONAL CONVERSATIONS WITH JUDGE & DISTRICT ATTORNEY, IN THE PRESENCE OF COURT APPOINTED ATTORNEY RECORDED BY THE COURT. THOSE TRANSCRIBED RECORDS WERE NOT MADE AVAILABLE TO APPELLATE. IT ALSO SHOWS THAT THERE WAS NO MOTION FOR DICOVERY PROVIDED IN THE RECORDS OR MADE AVAILABLE TO THE APPELLATE. THESE ARE ESSENTIAL ELEMENTS TO APPELLATE'S REVIEW AND WOULD LIKE TO INFORM THE COURT THAT THERE WILL BE A REQUEST FOR ADDITIONAL TIME IN THE NEAR FUTURE UNTIL THESE RECORDS ARE MADE AVAILABLE.

CC:FILE

RECE..
AUG 28 2015
THIRD COURT OF A...
JEFFREY D. K...

VERY TRULY YOURS,

*Nathaniel Frazier*

NATHANIEL FRAZIER #1942796
PRO SE
CONNALLY UNIT
899 FM 632
KENEDY,TEXAS 78119

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON THE 24TH OF AUGUST 2015, A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING DOCUMENTS WAS SERVED ON JEFREY D. KYLE, CLERK OF THE THIRD COURT OF APPEALS, P.O. BOX 12547, AUSTIN, TEXAS 78711, BY UNITED STATES POSTAL SERVICE FIRST CLASS MAIL.

*Nathaniel Frazier*

NATHANIEL FRAZIER #1942796

PRO SE

CONNALLY   UNIT

899   FM   632

KENEDY, TEXAS 78119

CC: FILE

24TH OF AUGUST 2015

JEFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711

COVER LETER

DEAR CLERK,

ENCLOSED PLEASE FIND THAT YOU ARE IN POSSESSION OF **NOTICE OF INCOMPLETE RECORDS** AND **NOTICE OF NON COMPLIANCE** DATED THE 24TH OF AUGUST 2015. PLEASE NOTE THAT THIS IS TO BE FILED AND MADE A RECORD OF THE COURT. IF THERE ARE ANY QUESTIONS PLEASE FEEL FREE TO CONTACT ME AT YOUR EARLIEST CONVENIENCE. THANK YOU FOR YOUR TIME AND PATIENCE.

[ NOTE ]: ENCLOSED PLEASE FIND SELF ADDRESSED AND STAMPED ENVELOPE FOR RETURN OF FILED
COPY.

CC: FILE

VERY TRULY YOURS,
NATHANIEL FRAZIER
PRO SE #1942796
CONNALLY UNIT
899 FM 632
KENEDY, TEXAS 78119

RECEIVED
AUG 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

NATHANIEL FRAZIER #1942796
CONNALLY UNIT
899 FM 632
KENEDY, TEXAS 78119

SAN ANTONIO TX 3&amp;
RIO GRANDE DISTRICT
25 AUG 2015 PM 4 L

FOREVER

JEFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711

S

***U.S.***

**LEGAL**

*MAIL*            24TH OF AUGUST 2015

78711254747

19